Ollie J. BAILEY, Appellant, v. VICTORIA
BANK & TRUST COMPANY,
Appellee.

No. 10269.

Court of Civil Appeals of Texas. San
Antonio.

March 16, 1938.

E. L. Dunlap, of Victoria, for appellant.

Crain, Vandenberg & Stofer, of Victoria,
for appellee.

SMITH, Chief Justice.

This is a companion case to No. 10270,
Ollie J. Bailey v. Victoria Bank & Trust
Company, 114 S.W.2d 920, this day decided.
In this case, instead of a judgment on the
merits in a trial before the court without
a jury, as in the other case, the trial court
directed a verdict for the bank.

The appeals in the two cases, however,
present identical questions for decision here,
and for the reasons given in the opinion in
No. 10270, the judgment in this case is af-
firmed.